**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Evelyn Akers,** | ) | **CASE NO. 1:08 CV 2015** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Emerald Development & Economic Network, Inc.,** | ) | **Memorandum of Opinion and Order** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court upon Plaintiff's Motion to Dismiss Count II of Plaintiff's Complaint and for Remand of Remaining State Law Claims (Doc. 7). The motion is unopposed. As such, plaintiff's request to dismiss count two of the complaint is GRANTED. Count two is the only federal claim in this case. Plaintiff requests that this Court decline to exercise supplemental jurisdiction over the remaining claims and defendant does not oppose the request. As such, this Court finds that remand of the remaining state law claims is appropriate.

IT IS SO ORDERED.

/s/Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

1