**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Evelyn Akers,** | ) | **CASE NO. 1:08 CV 2015** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Emerald Development & Economic** | ) | <u>**Order of Remand**</u> |
| **Network, Inc.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This Court, having dismissed the federal claim asserted in this matter, hereby REMANDS the remaining claims to the Cuyahoga Court of Common Pleas.

IT IS SO ORDERED.

  /s/Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge